UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINA DeMOTT,
o.b.o. M.N., a Minor,

      Plaintiff,

Case No. 1:15-cv-23

v.

HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed an Application for Attorney Fees Under the Equal Access to Justice Act (EAJA) (Dkt 27). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 25, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Application for Attorney Fees Under the Equal Access to Justice Act (EAJA) (Dkt 27) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded four thousand, four hundred eighty dollars and sixty cents ($4,480.60) pursuant to the Equal Access to Justice Act.

Dated: November 15, 2016           /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge